# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:24-00264-13** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **REYNA CHAVEZ-RIOS (13)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 341], and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of Defendant, Reyna Chavez-Rios, and adjudges her **GUILTY** of the offense charged in count one of the Second Superseding Indictment.

MONROE, LOUISIANA, this 18th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE